# EXHIBIT A
## to Civil Cover Sheet Section I.(c): Plaintiff's Attorneys

Miles Greaves
Kevin Landau
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
mgreaves@tcllaw.com
klandau@tcllaw.com

Daniel E. Gustafson
Amanda M. Williams
Raina C. Borrelli
Mary M. Nikolai
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
rborrelli@gustafsongluek.com
mnikolai@gustafsongluek.com

Marc H. Edelson*
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel: 215-867-2399 (work)
Medelson@edelson-law.com

Joshua H. Grabar*
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
Jgrabar@grabarlaw.com

Kenneth A. Wexler
Kara A. Elgersma
**WEXLER WALLACE, LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

Simon B. Paris
Patrick Howard
**SALTZ, MONGELUZZI, & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
P: 215-575-3895
sparis@smbb.com
phoward@smbb.com