# EXHIBIT B
## to Civil Cover Sheet Section VIII:
## Related Case Statement

| | | |
|---|---|---|
| 1:21-cv-00133-TJM-CFH | Thomas et al v. Beech-Nut Nutrition Company | filed 02/05/21 |
| 1:21-cv-00167-TJM-CFH | Peek v. Beech-Nut Nutrition Company | filed 02/11/21 |
| 1:21-cv-00183-TJM-CFH | Moore et al v. Beech-Nut Nutrition Company | filed 02/16/21 |
| 1:21-cv-00186-TJM-CFH | Doyle v. Beech-Nut Nutrition Co. | filed 02/18/21 |
| 1:21-cv-00200-TJM-CFH | Boyd v. Beech-Nut Nutrition Company | filed 02/22/21 |
| 1:21-cv-00213-TJM-CFH | Cantor et al v. Beech-Nut Nutrition Company | filed 02/24/21 |
| 1:21-cv-00227-TJM-CFH | Henry v. Beech-Nut Nutrition Co. | filed 02/26/21 |
| 1:21-cv-00229-TJM-CFH | Motherway v. Beech-Nut Nutrition Company | filed 02/26/21 |
| 1:21-cv-00258-TJM-CFH | Gancarz v. Beech-Nut Nutrition Company | filed 03/04/21 |
| 1:21-cv-00271-TJM-CFH | Smiley v. Beech-Nut Nutrition Co. | filed 03/09/21 |